In the Matter of the Claim of BERL WAGNER, Respondent, against WILSON & COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that it does not appear whether the amount of the award is one-half of the commuted amount of the future installments of compensation. All concur.

In the Matter of the Claim of ELI WITT, Respondent, against EDGAR V. ANDERSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ADOLPH BERKOWITZ, Respondent, against THE CORN EXCHANGE BANK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MAX GOLDENBERG, Respondent, against L. BARTH & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is a failure of proof of the earning capacity of the claimant. All concur.

In the Matter of the Claim of NORA SHERWOOD, Respondent, against SHINOLA COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELLA TERBUSH, Respondent, against FREEDMAN & SALKOWITZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of dependency. All concur.

In the Matter of the Claim of JAMES WELBY, Respondent, against LESLEY PEARSON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was not in the course of his employment when the accident occurred. All concur.

In the Matter of the Claim of JOSEPH O'NEIL, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence that the accident arose out of the employment. All concur.

In the Matter of the Claim of EVA FLEISCHBAUER, Respondent, against FRED SCHEMPF and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALFRED DURANTO, Respondent, against D. GINSBERG & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of AMIELLO RAY, Respondent, against JACOB DRASNIN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HELEN MEYERS, Respondent, against BLOOMINGDALE BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.